# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| GEORGE WAYNE BROOKS, | : No. 47 WM 2022 |
| Petitioner | : |
| v. | : |
| PRESIDENT JUDGE KIM BERKELEY CLARK, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.